FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 MAY -6 AM 10: 52

OFFICE OF THE CLERK

# PRO SE CM/ECF REGISTRATION FORM

## Case Information

- Case Name: Johnson v The City Of Omaha
- Case Number: 8:26-cv-00187

## User Information

- Name: Rodney Johnson
- Address: 6716 Northridge Dr Omaha, NE 68112
- Phone: 402-210-3052
- Email: Rod_4015@yahoo.com

## PACER Account Information

- PACER Username: Rod_4015@yahoo.com

## Acknowledgment (you sign this):

I understand that:

- I will receive notice of filings electronically
- Electronic service replaces service by mail
- Deadlines will run from the date of electronic filing
- I must comply with court rules and procedures

Signature: _____

Date: 05/06/2026