IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RODNEY JOHNSON,<br><br>             Plaintiff,<br><br>     v.<br><br>CITY OF OMAHA NEBRASKA, RYAN WIESEN, BERNARD IN DEN BOSCH, JEFFERY BLOOM, KAREN TAYLOR, HANNA ADEPONU, LAURA MARLANE and JANE DOES 1-5,<br><br>             Defendants. | **8:26CV187**<br><br>**REASSIGNMENT ORDER** |

This case is related to case number 8:22CV131. *See* NEGenR 1.4(a)(4)(C)(iii). Accordingly, pursuant to NEGenR 1.4(a)(4)(B), this case is reassigned to Chief District Judge Robert F. Rossiter, Jr. for disposition and is assigned to Magistrate Judge Michael D. Nelson for judicial supervision.

IT IS SO ORDERED.

Dated this 11th day of May 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge