IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RODNEY JOHNSON;

        Plaintiff,

  v.

CITY OF OMAHA NEBRASKA; RYAN
WIESEN, in his individual capacity; BERNARD
IN DEN BOSCH, in his individual capacity;
JEFFERY BLOOM, in his individual capacity;
KAREN TAYLOR, in her individual capacity;
HANNA ADEPONU, in her individual capacity;
LAURA MARLANE, in her individual capacity;
and JANE DOES 1-5;

        Defendants.

**8:26CV187**

**ORDER OF RECUSAL
REQUEST FOR REASSIGNMENT**

This matter is before the Court on the Court's own accord pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."  Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

Dated this 26th day of May 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge