IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RODNEY JOHNSON, | | |
| Plaintiff, | | **8:26CV187** |
| vs. | | |
| CITY OF OMAHA NEBRASKA, RYAN WIESEN, in his individual capacity; BERNARD IN DEN BOSCH, in his individual capacity; JEFFERY BLOOM, in his individual capacity; KAREN TAYLOR, in her individual capacity; HANNA ADEPONU, in her individual capacity; LAURA MARLANE, in her individual capacity; and JANE DOES 1-5, | | **ORDER** |
| Defendants. | | |

This matter is before the Court on its own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 9th day of July, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge